IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, HEATHER DUCLOS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HEATHER DUCLOS,  <br><br>       Plaintiff,  <br><br>    vs.  <br><br>MICHAEL J. ASTRUE,  <br>Commissioner of Social Security,  <br><br>       Defendants. | Case No.: CV 11-7278 FFM  <br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES  <br><br>HON. FREDERICK F. MUMM  <br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRAD AND FIFTY DOLLARS ($4,250.00) which includes compensation in the amount of $ 3,900.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. §

/ / /

2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: September 20, 2012

                                        /S/ FREDERICK F. MUMM
                                  HON. FREDERICK F. MUMM
                                  U.S. MAGISTRATE JUDGE