IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, HEATHER DUCLOS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HEATHER DUCLOS, | Case No.: CV 11-7278 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendants. | HON. FREDERICK F. MUMM UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND TWO HUNDRAD AND FIFTY DOLLARS ($4,250.00) which includes compensation in the amount of $ 3,900.00 for all legal services rendered by Plaintiff's attorney in this civil action and $350.00 for reimbursement of costs, as authorized by 28 U.S.C. §

/ / /

1  2412(d) and 28 U.S.C. §1920, and subject to the terms and conditions of the

2  Stipulation.

3

4  DATED: September 20, 2012

5  /S/ FREDERICK F. MUMM
   HON. FREDERICK F. MUMM
6  U.S. MAGISTRATE JUDGE